UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CIVIL ACTION NO. 11-326-C**

**LARRY EUBANK,**                                                                               **PLAINTIFF,**

**V.**                      <u>**MEMORANDUM OPINION & ORDER**</u>

**JUDGE SHEILA COLLINS, ET AL.,**                                     **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on defendant Sheila Collins's motion for a protective order, R.21. The motion is unopposed. Collins's motion to dismiss is pending before the court; therefore, a protective order staying discovery requests until preliminary issues are adjudicated would prevent undue burden or expense. Accordingly,

**IT IS ORDERED** that Collins's motion for a protective order, R.21, is **GRANTED**, and a stay on discovery requests to Collins is imposed until preliminary issues, such as judicial immunity, subject matter jurisdiction, failure to state a claim, and lack of adequate service of process, have been adjudicated.

Signed on December 30, 2011

*Jennifer B. Coffman*
Jennifer B. Coffman, Judge
United States District Court